UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WALFRIDO R.C.,[1]

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.

Respondents.

No. 1:26-cv-5506-TLN-JDP

A# 019-646-216

**RELEASE ORDER**

Petitioner, an immigration detainee, has filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 9.) Neither party has filed objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo.

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

*See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed August 7, 2026 (ECF No. 9) are ADOPTED in full, as follows:

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner (**A# 019-646-216)** from their custody subject to his prior order of supervision. At the time of release, Respondents must return all of Petitioner's documents and possessions. Respondents must **file a notice** of compliance with this Order by **August 20, 2026**;

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner unless they obtain a travel document for his removal, if necessary, and follow all procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures;

5. The Clerk of Court is directed to serve **California City Detention Facility** with a copy of this Order; and

6. The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE